# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9063
Owners: Verne Vanderpool, *et al.*
Acres: 4.033

**Being** a 4.033 acre tract (175,679 sq ft) parcel of land, more or less, being out of a called 26.210 acres, calculated as 29.922 acres being in, Porcion No. 95, in Starr County, Texas conveyed to Verne Vanderpool *ET AL*, Volume 815, Page 14 shown as Share 130, Tract 170. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S43°46'58"E a distance of 3682.57 feet to a found iron rod at an existing barbed wire fence corner at the Northeast corner of the Pablo and Marianna Garcia tract, Volume 1457, Page 420 and on the West line of the Verne Vanderpool ET AL tract, Volume 815, Page 14, for the **Point of Commencement,** having the following coordinates: N=16620433.24, E=938498.37.

**Thence:** S09°15'37"W along said fence, along the East line of the Pablo and Marianna Garcia tract, Volume 1457, Page 420 and the West line of the Verne Vanderpool ET AL tract, Volume 815, Page 14, a distance of 382.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9062-3=9063-1, for the **Point of Beginning,** having the following coordinates: N=16620055.00, E=938436.67, said point being the Northwest corner of the parcel herein described.

**Thence:** N68°08'06"E departing said property line, departing said fence, along Northern boundary of the parcel herein described, crossing the center of an existing 15 foot wide dirt road at 297 feet, a distance of 417.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9063-1A for a Point on Line;

**Thence:** N68°08'06"E along said Northern boundary, crossing the center of an existing 15 foot wide dirt road at 151 feet, a distance of 417.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9042-1=9063-2 for the Northeast corner of the parcel herein described, said point being on the East line of the Verne Vanderpool ET AL tract, Volume 815, Page 14 and on the West line of the City of Laredo tract, Volume 1473, Page 775 and on the East line of Porcion 95 and the West line of Porcion 96;

**Thence:** S09°21'32"W departing said Northern boundary, along said property line, along said Porcion line, crossing the center of an existing 14 foot wide dirt road at 194 feet, a distance of 246.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap

stamped RGV-RGC-9042-4=9063-3 for the Southeast corner of the parcel herein described, said point being on the Southern boundary of parcel herein described;

**Thence:** S68°08'15"W along Southern boundary of the parcel herein described, departing said property line, departing said Porcion line, a distance of 408.89 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9063-3A for a Point on Line;

**Thence:** S68°08'15"W along said Southern boundary, crossing the center of an existing 12 foot wide dirt road at 398 feet, a distance of 408.89 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9063-4=9068-3 for the Southwest corner of the parcel herein described, said point being on the West line of the Verne Vanderpool ET AL tract, Volume 815, Page 14 and the East line of the Reymundo Gonzalez, ET AL tract, Volume 420, Page 756;

**Thence:** N41°46'21"W departing said Southern boundary, along said property line, to an existing barbed wire fence corner, a distance of 19.18 feet to a found 1/2" iron designated as RGV-RGC-9062-4=9063-5=9068-2 for angle, said point being on the West line of the Verne Vanderpool ET AL tract, Volume 815, Page 14 and the East line of the Reymundo Gonzalez, ET AL tract, Volume 420, Page 756 and the Southeast corner of the Pablo and Marianna Garcia tract, Volume 1457, Page 420;

**Thence:** N09°15'48"E along said fence, along the East line of the Pablo and Marianna Garcia tract, Volume 1457, Page 420 and the West line of the Verne Vanderpool ET AL tract, Volume 815, Page 14, a distance of 224.77 feet, returning to the **Place of Beginning.**

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED





EMC, INC. PROJECT NO.: 19036



RGV-RGC-9063
4.033 AC.
175,679 SQ. FT.

| SHEET NO. | METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|---|
| 5 OF 6 | VERNE VANDERPOOL ET. AL. | | | | |
| | TRACT NO. RGV-RGC-9063 | | | | |
| | STARR COUNTY                TEXAS | | | | |

EMC, INC. PROJECT NO.: 19036



## LEGEND:

| Symbol | Description |
|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) |
| ◆ | SET MONUMENT |
| △ | CONTROL POINT |
| —— | ACQUISITION BOUNDARY |
| – – – | PROPOSED ACQUISITION BOUNDARY |
| — - — | EASEMENT LINE |
| — PL — | PROPERTY LINE |
| — — | PORCION LINE |
| —D—D— | EXISTING WALL |
| —•—•—▼— | LEVEE TOP BANK |
| — — — | LEVEE TOE |
| —— | EDGE OF ROAD (TYPE NOTED) |
| -□——□- | GUARD RAIL |
| (hatch) | SAVE AND EXCEPT AREA |
| —— | EDGE OF SIDEWALK |
| —— | BUILDING OUTLINE (SEE LABEL) |
| —✕— | FENCE (TYPE NOTED) |
| —— | EDGE OF STRUCTURE (SEE LABEL) |
| —— | BRIDGE OUTLINE |
| —OHE— | OVERHEAD ELECTRICAL LINE |
| —UGE— | UNDERGROUND ELECTRICAL LINE |
| ◻-○ | LIGHT POLE |
| ○ | UTILITY POLE |
| —→ | GUY END |
| ●—→ | GUY POLE |
| Ⓙ | JUNCTION BOX |
| Ⓔ | ELECTRICAL MANHOLE |
| Ⓜ | ELECTRICAL METER |
| �� | ELECTRICAL PULL BOX |
| ⊠ | TRANSMISSION TOWER |
| ⒮ | SUBSTATION |
| ⒯ | ELECTRICAL TRANSFORMER |
| Ⓒ | COMMUNICATIONS/TELEPHONE MANHOLE |

| Symbol | Description |
|---|---|
| Ⓒ | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL |
| —OHC— | OVERHEAD COMMUNICATIONS/TELEPHONE LINE |
| —UGC— | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE |
| —FO— | UNDERGROUND FIBER OPTIC LINE |
| ⌷CB | CATCH BASIN |
| ▢ | STORM GRATE |
| ✕sw | STORM SEWER VALVE |
| ⒟ | STORM MANHOLE |
| —SD— | STORM SEWER |
| —CP— | CULVERT |
| —— | HEADWALL AND WINGWALL |
| ——— | TOP OF DITCH |
| ——— | BOTTOM OF DITCH |
| ——— | EDGE OF WATER |
| ⌷ | WATER PUMP |
| ⊖ | MONITORING WELL |
| ✕wv | WATER VALVE |
| Ⓦ | WATER METER |
| ♂ | HYDRANT |
| ◁ | WATER EXTINGUISHER/FAUCET/SPICKET |
| Ⓦ | WATER MANHOLE |
| —W— | WATER LINE |
| ⌷L | LIFT STATION |
| ⌷PS | PUMP STATION |
| ⊚ | SEWER CLEAN OUT |
| ⒮ | SEWER MANHOLE |
| ⌷ | SEWER WATER PUMP |
| ⒮ | SANITARY SEWER VAULT |
| —SS— | SANITARY SEWER LINE |
| ⬭ | GAS TANK |
| ✕gv | GAS VALVE |
| Ⓖ | GAS METER |
| ⊟ | GAS LINE MARKER |
| Ⓖ | GAS VAULT |

| Symbol | Description |
|---|---|
| —UGG— | GAS LINE |
| ............. | EDGE OF RIPRAP |
| ∿∿∿∿∿ | EDGE OF VEGETATION (TYPE NOTED) |
| ✕ | MISCELLANEOUS SYMBOL (SEE LABEL) |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CULV. | CULVERT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| MON | MONUMENT |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| DIS | DISTURBED |
| 1STFR | 1 STORY FRAME HOUSE |
| 2STFR | 2 STORY FRAME HOUSE |
| 1STBR | 1 STORY BRICK HOUSE |
| 2STBR | 2 STORY BRICK HOUSE |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 2STCB | 2 STORY COMMERCIAL BUILDING |
| 1STSB | 1 STORY STORE BUILDING |
| 2STSB | 2 STORY STORE BUILDING |
| SHDWF | SHED WOOD FRAME |
| SHDBR | SHED BRICK |
| CLF | CHAIN LINK FENCE |
| WF | WOODEN FENCE |
| SBF | STONE OR BRICK FENCE |
| BWF | BARBED WIRE FENCE |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999728172 (E.G. GRID X 0.9999728172 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JANUARY 13, 2020 (TICKET NO. 2051368598).

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-9062-3=9063-1 | 16620055.00 | 938436.67 | | |
| L1 | | | | 417.85' | N68°08'06"E |
| P2 | RGV-RGC-9063-1A | 16620210.62 | 938824.47 | | |
| L2 | | | | 417.85' | N68°08'06"E |
| P3 | RGV-RGC-9042-1=9063-2 | 16620366.24 | 939212.27 | | |
| L3 | | | | 246.14' | S09°21'32"W |
| P4 | RGV-RGC-9042-4=9063-3 | 16620123.38 | 939172.24 | | |
| L4 | | | | 408.89' | S68°08'15"W |
| P5 | RGV-RGC-9063-3A | 16619971.12 | 938792.76 | | |
| L5 | | | | 408.89' | S68°08'15"W |
| P6 | RGV-RGC-9063-4=9068-3 | 16619818.86 | 938413.27 | | |
| L6 | | | | 19.18' | N41°46'21"W |
| P7 | RGV-RGC-9062-4=9063-5=9068-2 | 16619833.90 | 938400.12 | | |
| L7 | | | | 224.77' | N09°15'48"E |

| SHEET NO. | METES & BOUNDS SURVEY |
|---|---|
| 6 OF 6 | VERNE VANDERPOOL ET. AL. |
| | TRACT NO. RGV-RGC-9063 |
| | STARR COUNTY            TEXAS |

DRAWN BY: JP 5/20
CHECKED BY: WBG 6/20
SURVEY DATE: 5/20
PLOT DATE: 9/20
SHEET SIZE: ANSI-A

MARK | DESCRIPTION | DATE | APPR.

BORDER WALL TASK ORDER: 003
CONTRACT NO. : W9126F-15-D-0012

 EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING

 US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19036

Tract:  RGV-RGC-9063
Owners:  Verne Vanderpool, *et al.*
Acres:  4.033

# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-9063
Owners: Verne Vanderpool, *et al.*
Acres: 4.033

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified as Share 130, Tract 170, Porcion 95, Starr County, Texas in conveyance recorded with Official Records of Starr County, Texas, volume 815, page 14, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.



Border Infrastructure
RGC 17 Mile
Barrier Project

SEGMENT 6

Starr County,
Texas

Legend

Tracts
ParentTracts

January 18, 2024

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-TWO THOUSAND THIRTY-THREE DOLLARS AND NO/100 CENTS ($22,033.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Verne Vanderpool ▮▮▮▮▮▮ Alamo, TX ▮▮▮▮ | **RGV-RGC-9063**<br><br>Warranty Deed dated September 11, 1998, recorded on September 15, 1998 in Vol. 815, Page 14, Document 1998-198831, Official Public Records, Starr County, TX.<br><br>Warranty Deed dated December 30, 1993, filed January 25, 1994, Book 686-page 609, Document 1994-168699, Official Public Records, Starr County, TX.<br><br>Warranty Deed dated August 12, 1975, filed August 28, 1975, Book 388-page 167, Document 1975-88647, Official Public Records, Starr County, TX.<br><br>Deed of Gift to Luisa Solis Duarte dated May 21, 1975, filed July 10, 1975, Book 387- page 276, Document 1975-88374, Official Public Records, Starr County, TX.<br><br>Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX.<br><br>Warranty Deed dated June 8, 1945, filed and recorded on June 8, 1945, in Book 139- page 147, Document 1945-23153, Official Public Records, Starr County, TX.<br><br>Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December |

| | |
|---|---|
| | 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |
| Rebecca G. Strong <br> ▮▮▮ <br> Edinburg, TX ▮ <br><br> Jose G. Guerra <br> ▮▮▮ <br> Edinburg, TX ▮ <br><br> Roberto D. Guerra <br> ▮▮▮ <br> Mission, TX ▮ | Last Will of Ramiro M. Guerra, The Estate of Ramiro M. Guerra, Deceased, Probate Cause No. 24, 987-C, on July 23, 1996, in County Court at Law, Hidalgo County, TX. <br><br> Last Will and Testament of Guillermo D. Guerra, The Estate of Guillermo D. Guerra, Deceased, Probate Cause No. 12,058, on May 24, 1976, in County Court at Law, Hidalgo County, TX. <br><br> Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX. <br><br> Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |
| Nelda T. Guerra <br> ▮▮▮ <br> Edinburg, TX ▮ <br><br> Beatrice Guerra Vela <br> ▮▮▮ <br> Edinburg, TX ▮ <br><br> Ricardo J. Guerra <br> ▮▮▮ <br> Edinburg, TX ▮ <br><br> Norma Maldonado Guerra (Life Estate) <br> ▮▮▮ <br> Edinburg, TX. | Affidavit of Heirship, Document No. 2019-351974, filed September 17, 2019, Official Public Records, Starr County, TX. <br><br> Last Will and Testament of Oscar M. Guerra, The Estate of Oscar M. Guerra, Deceased, Probate Cause No. 20, 899-C, on March 21, 1989, in Hidalgo County, TX. <br><br> Last Will and Testament of Guillermo D. Guerra, The Estate of Guillermo D. Guerra, Deceased, Probate Cause No. 12,058, on May 24, 1976, in County Court at Law, Hidalgo County, TX. |

| | |
|---|---|
| Laura Marie Guerra (subject to life estate of Norma Maldonado Guerra)<br><br>████████████<br>McAllen, TX ████<br><br>Guillermo D. Guerra (subject to life estate of Norma Maldonado Guerra)<br>████████████<br>Edinburg, TX ████ | Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX.<br><br>Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |
| Unknown Heirs of Matilde G. Carrales<br><br>Rosa Corona<br>████████████<br>Jarrell, TX ████ | Last Will and Testament of Guillermo D. Guerra, The Estate of Guillermo D. Guerra, Deceased, Probate Cause No. 12,058, on May 24, 1976, in County Court at Law, Hidalgo County, TX.<br><br>Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX.<br><br>Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |
| Thomas J. Greco<br>████████████<br>Edinburg, TX ████<br><br>Emil D. Greco<br>████████████<br>Helotes, TX ████<br><br>Louis F. Greco, Jr.<br>████████████<br>Helotes, TX ████<br><br>John A. J. Greco<br>████████████<br>Helotes, TX ████ | Last Will of Alicia G. Greco, The Estate of Alicia G. Greco, Deceased, Probate Cause No. 2013-PC-4036, filed January 23, 2014, Book 1405, page 39, Document No. 2014-315730, Bexar County, TX.<br><br>Last Will of Louis F. Greco, Sr., The Estate of Louis F. Greco, Sr., Deceased, Probate Cause No. 2012-PC-3823, filed January 23, 2014, Book 1405, page 1, Document 2014-315729, Bexar County, TX<br><br>Agreement to Convert Separate Property to Community Property by Louis F. Greco and Alicia G. Greco, filed Novmber 4, |

| | |
|---|---|
| Michael G. Greco<br>▐▐▐▐▐▐<br>San Antonio, TX ▐▐▐▐▐▐<br><br>Alice Dyanne G. Gunter, Trustee of The Alicia G. Greco Amended and Restated Living Trust Agreement<br>▐▐▐▐▐▐<br>Spring Branch, TX ▐▐ | 2011, Book 1327, page 340, Document No. 2011-301204, Bexar County, TX<br><br>Last Will and Testament of Guillermo D. Guerra, The Estate of Guillermo D. Guerra, Deceased, Probate Cause No. 12,058, on May 24, 1976, in County Court at Law, Hidalgo County, TX.<br><br>Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX.<br><br>Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |
| Unknown Heirs of Fidela G. Reed<br><br>Carol Arlene Dettmann<br>▐▐▐▐▐▐<br>Austin, TX ▐▐▐▐<br><br>Annabell Reed<br>▐▐▐▐▐▐▐▐<br>League City, TX ▐▐▐▐<br><br>Bonnie M Reed Anderson a/k/a Bonnie Marie Anderson<br>▐▐▐▐▐▐<br>League City, TX ▐▐▐▐<br><br>Michael Jerome Reed<br>▐▐▐▐▐▐<br>Friendswood, TX ▐▐▐▐<br><br>Wayne Matthew Reed<br>▐▐▐▐▐▐<br>League City, TX ▐<br><br>Casey John Reed | Last Will and Testament of Guillermo D. Guerra, The Estate of Guillermo D. Guerra, Deceased, Probate Cause No. 12,058, on May 24, 1976, in County Court at Law of Hidalgo County, TX.<br><br>Contract and Agreement dated January 13, 1964, filed February 4, 1964, recorded on February 6, 1964, Book 292- page 245, Document 1964-60967, Official Public Records, Starr County, TX.<br><br>Final Judgment, Cause No. A-3030, filed December 3, 1940, recorded on December 18, 1940 in Vol. 118, Page 1, Document 1940-15492, Official Public Records, Starr County, TX. |

| | |
|---|---|
| League City, TX ████ <br><br> Raymond W. Reed, Jr. <br> ████ <br> League City, TX ████ <br><br> Christopher Roy Reed <br> ████ <br> Webster, TX ████ <br><br> Margaret Faith Colwell a/k/a Margaret Colwell <br> ████ <br> Bacliff, TX ████ <br><br> Rachel D. Loft <br> ████ <br> Kemah, TX ████ <br><br> Unknown Heirs of Roy Robert Reed | |
| Ameida Salinas <br> Starr County Tax Assessor-Collector <br> 100 N. FM 3167, Ste. 201 <br> Rio Grande City, TX 78582 | **RGV-RGC-9063** <br><br> Verne Vanderpool <br> Account No.: 0067417 |